## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re:   HARO, MARIA | | § | Case No. 10-09327 |
| | | § | |
| | | § | |
| Debtor(s) | | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GLENN R. HEYMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 02/13/2014 in Courtroom 680, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/10/2014          By:     /s/Glenn R. Heyman
                                          Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: HARO, MARIA § Case No. 10-09327
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 20,233.33 |
| *and approved disbursements of* | $ 725.45 |
| *leaving a balance on hand of* [1] | $ 19,507.88 |

**Balance on hand:** $ 19,507.88

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 19,507.88

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - GLENN R. HEYMAN | 2,773.33 | 0.00 | 2,773.33 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 1,966.50 | 0.00 | 1,966.50 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 56.76 | 0.00 | 56.76 |

Total to be paid for chapter 7 administration expenses: $ 4,796.59
Remaining balance: $ 14,711.29

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $            0.00

Remaining balance:    $        14,711.29

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:    $            0.00

Remaining balance:    $        14,711.29

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 67,174.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 3,447.17 | 0.00 | 754.93 |
| 2 | Chase Bank USA, N.A. | 3,372.70 | 0.00 | 738.62 |
| 3 | First American Title Insurance Company | 58,282.24 | 0.00 | 12,763.79 |
| 4 | Pawnee Leasing Corporation | 2,072.83 | 0.00 | 453.95 |

Total to be paid for timely general unsecured claims:    $        14,711.29

Remaining balance:    $            0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/GLENN R. HEYMAN

Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-09327-JPC
Maria R Haro                                                              Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: ahamilton          Page 1 of 1          Date Rcvd: Jan 13, 2014
                              Form ID: pdf006          Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2014.
db          +Maria R Haro,   2322 West 23rd Place,   Chicago, IL 60608-3806
aty         +Crane Heyman Simon Welch & Clar,   135 S Lasalle St Ste 1540,   Chicago, IL 60603-4101
15207425    ++AL LORD,   SALLIE MAE BANK,   175 S WEST TEMPLE SUITE 600,   SALT LAKE CITY UT 84101-4218
              (address filed with court: Sallie Mae Bank,   5217 S. State St.,   Murray, UT 84107)
15207414    +American Home Mortgage Servicing Inc.,   Customer Correspondence,   P.O. Box 631730,
              Irving, TX 75063-0002
15207415     Bank of America, N.A.,   P.O. Box 21848,   Greensboro, NC 27420-1848
15207416     Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
15677537     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15207418    +Codilis & Associates, P.C.,   15W030 North Frontage Rd.,   Suite 100,   Burr Ridge, IL 60527-6921
15207419     Countrywide Home Loans,   P.O. Box 650070,   Dallas, TX 75265-0070
15207420     First American Title Insurance Company,   27775 Diehl Rd.,   Warrenville, IL 60555-4024
15207426    +Jose Sanchez,   1710 S. Newberry,   Chicago, IL 60608-2334
15207422    +Lakeside on the Park Condo Association,   1250 S. Indiana,   Chicago, IL 60605-3605
15207424    +Pierce & Associates, Inc.,   One N. Dearborn,   Suite 1300,   Chicago, IL 60602-4373
15207428    +Robert R. Tepper,   111 W. Washington #1900,   Chicago, IL 60602-2713
15207427     Sudler,   8401 Innovation Way,   Chicago, IL 60682-8401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15207423    +E-mail/Text: BANKRUPTCY@PAWNEELEASING.COM Jan 14 2014 01:32:19     Pawnee Leasing Corp.,
              700 Centre Ave.,   Ft. Collins, CO 80526-1842
15858130    +E-mail/Text: BANKRUPTCY@PAWNEELEASING.COM Jan 14 2014 01:32:19     Pawnee Leasing Corporation,
              700 Centre Ave,   Fort Collins, CO 80526-1842
                                                                          TOTAL: 2


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15207417    ##CitiMortgage, Inc.,   P.O. Box 9438,   Gaithersburg, MD 20898-9438
15207421    ##+Kingswood Leasing, Inc.,   P.O. Box 265,   14 Pine Street,   Wolfeboro Falls, NH 03896-0265
                                                                   TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2014 at the address(es) listed below:
        David Richardson   on behalf of Debtor Maria R Haro drichardson@neryrichardson.com
        Glenn R Heyman   on behalf of Trustee Glenn R Heyman, ESQ gheyman@craneheyman.com,
         slydon@craneheyman.com;ecrane@craneheyman.com
        Glenn R Heyman, ESQ   gheyman@craneheyman.com,
         il4a@ecfcbis.com;slydon@craneheyman.com;ecrane@craneheyman.com
        Glenn R Heyman, ESQ   on behalf of Trustee Glenn R Heyman, ESQ gheyman@craneheyman.com,
         il4a@ecfcbis.com;slydon@craneheyman.com;ecrane@craneheyman.com
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
        Toni Dillon   on behalf of Creditor   BAC Home Loans Servicing, L.P. fka Countrywide Home Loans
         Servicing LP tdillon@atty-pierce.com,   northerndistrict@atty-pierce.com
                                                                          TOTAL: 6