**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: HARO, MARIA § Case No. 10-09327
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    GLENN R. HEYMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $343,800.00     Assets Exempt: $213,800.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $14,711.29     Claims Discharged
                                                Without Payment: $404,407.92

Total Expenses of Administration: $5,522.04

---

    3) Total gross receipts of $ 20,233.33 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $20,233.33 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $342,102.71 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,522.04 | 5,522.04 | 5,522.04 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 415,737.36 | 67,174.94 | 67,174.94 | 14,711.29 |
| **TOTAL DISBURSEMENTS** | $757,840.07 | $72,696.98 | $72,696.98 | $20,233.33 |

4) This case was originally filed under Chapter 7 on March 05, 2010. The case was pending for 50 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/21/2014          By: /s/GLENN R. HEYMAN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Single Family home in Colotlan, Jalisco, Mexico | 1110-000 | 20,232.62 |
| Interest Income | 1270-000 | 0.71 |
| **TOTAL GROSS RECEIPTS** | | **$20,233.33** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Citimortgage, Inc. | 4110-000 | 62,397.99 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America, NA | 4110-000 | 84,704.72 | N/A | N/A | 0.00 |
| NOTFILED | Countrywide Home Loans | 4110-000 | 195,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Pierce & Associates, Inc. | 4110-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$342,102.71** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GLENN R. HEYMAN | 2100-000 | N/A | 2,773.33 | 2,773.33 | 2,773.33 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 1,966.50 | 1,966.50 | 1,966.50 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 56.76 | 56.76 | 56.76 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 3.98 | 3.98 | 3.98 |
| The Bank of New York Mellon | 2600-000 | N/A | 12.33 | 12.33 | 12.33 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 13.51 | 13.51 | 13.51 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.03 | 25.03 | 25.03 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 27.99 | 27.99 | 27.99 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.59 | 26.59 | 26.59 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.50 | 26.50 | 26.50 |
| Rabobank, N.A. | 2600-000 | N/A | 21.16 | 21.16 | 21.16 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 11.37 | 11.37 | 11.37 |
| Rabobank, N.A. | 2600-000 | N/A | 19.04 | 19.04 | 19.04 |
| Rabobank, N.A. | 2600-000 | N/A | 20.26 | 20.26 | 20.26 |
| Rabobank, N.A. | 2600-000 | N/A | 23.03 | 23.03 | 23.03 |
| Rabobank, N.A. | 2600-000 | N/A | 23.00 | 23.00 | 23.00 |
| Rabobank, N.A. | 2600-000 | N/A | 21.28 | 21.28 | 21.28 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 25.75 | 25.75 | 25.75 |
| Rabobank, N.A. | 2600-000 | N/A | 23.95 | 23.95 | 23.95 |
| Rabobank, N.A. | 2600-000 | N/A | 23.73 | 23.73 | 23.73 |
| Rabobank, N.A. | 2600-000 | N/A | 27.65 | 27.65 | 27.65 |
| Rabobank, N.A. | 2600-000 | N/A | 24.30 | 24.30 | 24.30 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$5,522.04** | **$5,522.04** | **$5,522.04** |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | 3,500.00 | 3,447.17 | 3,447.17 | 754.93 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 3,400.00 | 3,372.70 | 3,372.70 | 738.62 |
| 3 | First American Title Insurance Company | 7100-000 | 53,791.79 | 58,282.24 | 58,282.24 | 12,763.79 |
| 4 | Pawnee Leasing Corporation | 7100-000 | 3,101.30 | 2,072.83 | 2,072.83 | 453.95 |
| NOTFILED | Kingswood Leasing, Inc. | 7100-000 | 6,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Robert R. Tepper | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Lakeside on the Park Condo Association | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Sudler | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Jose Sanchez | 7100-000 | 25,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Sallie Mae Bank | 7100-000 | 5,150.00 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Countrywide Home Loans | 7100-000 | 29,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Countrywide Home Loans | 7100-000 | 102,013.39 | N/A | N/A | 0.00 |
| NOTFILED | American Home Mortgage Servcincing, Inc. | 7100-000 | 101,280.88 | N/A | N/A | 0.00 |
| NOTFILED | American Home Mortgage Servcincing, Inc. | 7100-000 | 80,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Codilis & Associates PC | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $415,737.36 | $67,174.94 | $67,174.94 | $14,711.29 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-09327  
**Case Name:** HARO, MARIA  

**Trustee:** (330360) GLENN R. HEYMAN  
**Filed (f) or Converted (c):** 03/05/10 (f)  
**§341(a) Meeting Date:** 04/20/10  

**Period Ending:** 04/21/14  
**Claims Bar Date:** 08/18/10  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 2322-24 W. 23rd Place, Chicago | 165,000.00 | 3,000.00 | | 0.00 | FA |
| 2 | 8613 S. Escanaba, Chicago, IL | 175,000.00 | 0.00 | | 0.00 | FA |
| 3 | Single Family home in Colotlan,Jalisco, Mexico (See Footnote) | 25,000.00 | 25,000.00 | | 20,232.62 | FA |
| 4 | Chase bank account | 400.00 | 0.00 | | 0.00 | FA |
| 5 | Household Goods and Furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Firearms and Hobby Equipment | 200.00 | 0.00 | | 0.00 | FA |
| 8 | Estimated 2009 tax refund | 2,000.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.71 | FA |
| 9 | **Assets Totals** (Excluding unknown values) | **$368,800.00** | **$28,000.00** | | **$20,233.33** | **$0.00** |

RE PROP# 3   Still collecting payments

---

**Major Activities Affecting Case Closing:**

07/15: collecting on settlement on sale of property in Mexico, will ask for a lump sum settlement

05/2011: Still receiving payments  
12/30/2011: Still receiving payments for sale of property in Mexico.  
12/30/2012: Asked for lump sum settlement; no response.  
06/30/2013: Still receiving payments for sale of property in Mexico, will try again for a lump sum settlement.  
09/30/2013: Debtor offered 2K lump sum payment. Ttee accepted, will file pleadings to approve settlement. (dk)  
11/01/2013: Settlement approved; once receive check will close case (dk)  
12/17/2013: TFR filed with USTO (dk)  
01/10/2014: Final Hg 02/13 at 9:30am J-Cox. (dk)  

**Initial Projected Date Of Final Report (TFR):**   December 31, 2014     **Current Projected Date Of Final Report (TFR):**   January 10, 2014  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-09327 | | Trustee: | GLENN R. HEYMAN (330360) |
| Case Name: | HARO, MARIA | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******66-65 - Checking Account |
| Taxpayer ID #: | **-***4434 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/21/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/18/10 | {3} | Antonia Munoz | Installment payment for RE in Mexico | 1110-000 | 434.11 | | 434.11 |
| 06/16/10 | {3} | Sequoia R. Hellenga-Neff | Installments Payment for RE in Mexico | 1110-000 | 434.11 | | 868.22 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.04 | | 868.26 |
| 07/13/10 | {3} | Sequoia Hellenga-Neff | Installment for RE in Mexico | 1110-000 | 434.11 | | 1,302.37 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.07 | | 1,302.44 |
| 08/10/10 | {3} | Sequoia Hellenga-Neff | Installment payment on sale of RE in Mexico | 1110-000 | 434.11 | | 1,736.55 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.08 | | 1,736.63 |
| 09/07/10 | {3} | Sequioa Hellenga-Neff | Payment Installment on sale of Mexico property | 1110-000 | 434.11 | | 2,170.74 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,170.75 |
| 10/18/10 | {3} | Sequoia Hellenga-Neff | Installment on sale of Mexico RE | 1110-000 | 434.11 | | 2,604.86 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,604.87 |
| 11/09/10 | {3} | Sequoia Hellenga-Neff | Payment on settlement of sale of Mexico RE | 1110-000 | 434.11 | | 3,038.98 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 3,038.99 |
| 12/20/10 | {3} | Sequoia Hellenga-Neff | Payment installment for sale of RE in Mexico | 1110-000 | 434.11 | | 3,473.10 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,473.12 |
| 01/12/11 | {3} | Sequoia Hellenga-Neff | Settlement payment for sale of Mexico RE | 1110-000 | 434.11 | | 3,907.23 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,907.26 |
| 02/10/11 | {3} | Sequoia Hellenga-Neff | Installment payment for sale of Mexico RE | 1110-000 | 434.11 | | 4,341.37 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,341.40 |
| 02/28/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2010 FOR CASE #10-09327<br>Blanket Bond Payment Bond #016026455 | 2300-000 | | ! 3.98 | 4,337.42 |
| 03/08/11 | {3} | Sequoia Hellenga-Neff | Installment payment for sale of Mexico RE | 1110-000 | 434.11 | | 4,771.53 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,771.56 |
| 04/11/11 | {3} | Sequoia Hellenga-Neff | Installment payment for sale of Mexico RE | 1110-000 | 434.11 | | 5,205.67 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,205.70 |
| 05/16/11 | {3} | Sequoia Hellenga-Neff | Installment for sale of RE in Mexico | 1110-000 | 434.11 | | 5,639.81 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,639.85 |
| 06/01/11 | {3} | Sequoia Hellenga-Neff | Installment for sale of RE in Mexico | 1110-000 | 434.11 | | 6,073.96 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 6,073.99 |
| 07/05/11 | {3} | Sequoia Hellenga-Neff | Installment for sale of RE in Mexico | 1110-000 | 434.11 | | 6,508.10 |
| 07/28/11 | {3} | Sequoia Hellenga-Neff | Installment for sale of RE in Mexico | 1110-000 | 434.11 | | 6,942.21 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,942.25 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 12.33 | 6,929.92 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,929.96 |

Subtotals :  $6,946.27  $16.31

{} Asset reference(s)   !-Not printed or not transmitted   Printed: 04/21/2014 11:33 AM   V.13.14

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-09327 | | Trustee: | GLENN R. HEYMAN (330360) |
|---|---|---|---|---|
| Case Name: | HARO, MARIA | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******66-65 - Checking Account |
| Taxpayer ID #: | **-***4434 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/21/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,904.96 |
| 09/01/11 | {3} | Sequoia Hellenga-Neff | Installment for sale of RE in Mexico | 1110-000 | 434.11 | | 7,339.07 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 7,339.10 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,314.10 |
| 10/04/11 | {3} | Sequoia Hellenga-Neff | Installment payment re: real estate in Mexico | 1110-000 | 434.11 | | 7,748.21 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 7,748.25 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,723.25 |
| 11/01/11 | {3} | Sequoia Hellenga-Neff | Installment for sale of RE in Mexico | 1110-000 | 434.11 | | 8,157.36 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 8,157.40 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,132.40 |
| 12/01/11 | {3} | Sequoia Hellenga-Neff | Installment for sale of RE in Mexico | 1110-000 | 434.11 | | 8,566.51 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 8,566.55 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,541.55 |
| 01/03/12 | {3} | Sequoia Hellenga-Neff | Installment for sale of RE in Mexico | 1110-000 | 434.11 | | 8,975.66 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 8,975.71 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,950.71 |
| 02/01/12 | {3} | Sequoia Hellenga-Neff | Installment for sale of RE in Mexico | 1110-000 | 434.11 | | 9,384.82 |
| 02/14/12 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2011 FOR CASE #10-09327, Blanket Bond Payment Bond#016026455 | 2300-000 | | 13.51 | 9,371.31 |
| 02/28/12 | {3} | Sequoia Hellenga-Neff | Installment for sale of RE in Mexico | 1110-000 | 434.11 | | 9,805.42 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,780.42 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,755.42 |
| 04/04/12 | {3} | Sequoia Hellenga-Neff | Installment for sale of RE in Mexico | 1110-000 | 434.11 | | 10,189.53 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,164.53 |
| 05/01/12 | {3} | Sequoia Hellenga-Neff | Installment for sale of RE in Mexico | 1110-000 | 434.11 | | 10,598.64 |
| 05/31/12 | {3} | SEQUOIA HELLENGA-NEFF | Installment for sale of property in Mexico | 1110-000 | 434.11 | | 11,032.75 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,007.75 |
| 06/29/12 | {3} | Sequoia Hellenga-Neff | Installment on Mexico real estate | 1110-000 | 434.11 | | 11,441.86 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,416.86 |
| 07/30/12 | {3} | Sequoia Hellenga-Neff | Installment on Mexico real estate | 1110-000 | 434.11 | | 11,850.97 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,825.97 |
| 08/31/12 | {3} | Sequoia Hellenga-Neff | Installment on Mexico real estate | 1110-000 | 434.11 | | 12,260.08 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.03 | 12,235.05 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 12,210.05 |
| 10/11/12 | {3} | Sequoia Hellenga-Neff | Installment on Mexico real estate | 1110-000 | 434.11 | | 12,644.16 |

Subtotals : $6,077.74   $363.54

{} Asset reference(s)

Printed: 04/21/2014 11:33 AM    V.13.14

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 10-09327 | | Trustee: | GLENN R. HEYMAN (330360) |
|---|---|---|---|---|
| Case Name: | HARO, MARIA | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******66-65 - Checking Account |
| Taxpayer ID #: | **-***4434 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 04/21/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.99 | 12,616.17 |
| 11/02/12 | {3} | Sequoia Hellenga-Neff | Installment on Mexico real estate | 1110-000 | 434.11 | | 13,050.28 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.59 | 13,023.69 |
| 12/04/12 | {3} | Sequoia Hellenga-Neff | Installment on Mexico real estate | 1110-000 | 434.11 | | 13,457.80 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.50 | 13,431.30 |
| 01/02/13 | {3} | Sequoia Hellenga-Neff | Installment on Mexico real estate | 1110-000 | 434.11 | | 13,865.41 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033036088 20130103 | 9999-000 | | 13,431.30 | 434.11 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033036088 20130117 | 9999-000 | | 434.11 | 0.00 |
| | | | ACCOUNT TOTALS | | 14,326.34 | 14,326.34 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 13,865.41 | |
| | | | Subtotal | | 14,326.34 | 460.93 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $14,326.34 | $460.93 | |

{} Asset reference(s)

Printed: 04/21/2014 11:33 AM    V.13.14

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 10-09327 | | Trustee: | GLENN R. HEYMAN (330360) |
|---|---|---|---|---|
| Case Name: | HARO, MARIA | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******4565 - Checking Account |
| Taxpayer ID #: | **-***4434 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 04/21/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 13,431.30 | | 13,431.30 |
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 434.11 | | 13,865.41 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.16 | 13,844.25 |
| 02/05/13 | {3} | Sequoia Hellenga-Neff | Installment on Mexico real estate | 1110-000 | 434.11 | | 14,278.36 |
| 02/07/13 | 11003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #10-09327, Bond number 016026455 | 2300-000 | | 11.37 | 14,266.99 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.04 | 14,247.95 |
| 03/06/13 | {3} | Sequoia Hellenga-Neff | Installment on Mexico real estate | 1110-000 | 434.11 | | 14,682.06 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.26 | 14,661.80 |
| 04/02/13 | {3} | Sequoia Hellenga-Neff | Installment on Mexico real estate | 1110-000 | 434.11 | | 15,095.91 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.03 | 15,072.88 |
| 05/01/13 | {3} | Sequoia Hellenga-Neff | Installment on Mexico real estate | 1110-000 | 434.11 | | 15,506.99 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.00 | 15,483.99 |
| 06/03/13 | {3} | Sequoia Hellenga-Neff | Installment on Mexico real estate | 1110-000 | 434.11 | | 15,918.10 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.28 | 15,896.82 |
| 07/01/13 | {3} | Sequoia Hellenga-Neff | Installment on Mexico real estate | 1110-000 | 434.11 | | 16,330.93 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.75 | 16,305.18 |
| 08/02/13 | {3} | Sequoia Hellenga-Neff | Installment on Mexico real estate | 1110-000 | 434.11 | | 16,739.29 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.95 | 16,715.34 |
| 09/03/13 | {3} | Sequoia Hellenga-Neff | Installment on Mexico real estate | 1110-000 | 434.11 | | 17,149.45 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.73 | 17,125.72 |
| 10/03/13 | {3} | Sequoia Hellenga-Neff | Installment on Mexico real estate | 1110-000 | 434.11 | | 17,559.83 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.65 | 17,532.18 |
| 11/18/13 | {3} | Sequoia Hellenga-Neff | Final payoff on Mexico real estate per agreement | 1110-000 | 2,000.00 | | 19,532.18 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.30 | 19,507.88 |
| 02/13/14 | 11004 | GLENN R. HEYMAN | Dividend paid 100.00% on $2,773.33, Trustee Compensation;  Reference: | 2100-000 | | 2,773.33 | 16,734.55 |
| 02/13/14 | 11005 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $1,966.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,966.50 | 14,768.05 |
| 02/13/14 | 11006 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $56.76, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 56.76 | 14,711.29 |
| 02/13/14 | 11007 | Chase Bank USA, N.A. | Dividend paid 21.89% on $3,447.17; Claim# 1; Filed: $3,447.17; Reference: | 7100-000 | | 754.93 | 13,956.36 |

Subtotals :    $19,772.40    $5,816.04

{} Asset reference(s)

Printed: 04/21/2014 11:33 AM    V.13.14

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 10-09327 | | Trustee: | GLENN R. HEYMAN (330360) |
|---|---|---|---|---|
| Case Name: | HARO, MARIA | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******4565 - Checking Account |
| Taxpayer ID #: | **-***4434 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 04/21/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/13/14 | 11008 | Chase Bank USA, N.A. | Dividend paid 21.89% on $3,372.70; Claim# 2; Filed: $3,372.70; Reference: | 7100-000 | | 738.62 | 13,217.74 |
| 02/13/14 | 11009 | First American Title Insurance Company | Dividend paid 21.89% on $58,282.24; Claim# 3; Filed: $58,282.24; Reference: | 7100-000 | | 12,763.79 | 453.95 |
| 02/13/14 | 11010 | Pawnee Leasing Corporation | Dividend paid 21.89% on $2,072.83; Claim# 4; Filed: $2,072.83; Reference: | 7100-000 | | 453.95 | 0.00 |
| | | | ACCOUNT TOTALS | | 19,772.40 | 19,772.40 | $0.00 |
| | | | Less: Bank Transfers | | 13,865.41 | 0.00 | |
| | | | Subtotal | | 5,906.99 | 19,772.40 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $5,906.99 | $19,772.40 | |

```
Net Receipts :      20,233.33
                   _____
Net Estate :        $20,233.33
```

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******66-65 | 14,326.34 | 460.93 | 0.00 |
| Checking # ******4565 | 5,906.99 | 19,772.40 | 0.00 |
| | $20,233.33 | $20,233.33 | $0.00 |